IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**EDGEFIELD HOLDINGS, LLC,**

      **Plaintiff,**

v.	CIVIL ACTION NO.: 3:23-CV-47 (GROH)

**BUILDERS UNLIMITED, INC., et al.,**

      **Defendants.**

## ORDER DISMISSING CASE

The Court is in receipt of a Mediator's Report from Monica Haddad. The mediator's report indicates the parties have reached a settlement in this case. It is therefore **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to terminate any outstanding motions and to transmit copies of this Order to all counsel of record herein.

**DATED**: October 24, 2024

                                                                                                       GINA M. GROH
                                                                                                     UNITED STATES DISTRICT JUDGE